*E-FILED - 4/21/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO MERINO, | ) | No. C 10-5393 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MAGUIRE JAIL, | ) | |
| Defendants. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/21/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.10\Merino393jud.wpd